| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
76 Chestnut Street, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
41-2040358

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 76 Chestnut Street<br>Sleepy Hollow, NY 10591<br>Number, Street, City, State & ZIP Code | 8 Park Avenue<br>Tarrytown, NY 10591<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **76 Chestnut Street, LLC**                                            Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor __76 Chestnut Street, LLC__   Case number (*if known*) _____
        Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **76 Chestnut Street, LLC** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December  6, 2016**
             MM / DD / YYYY

X **/s/ George Samaras**                                    **George Samaras**
Signature of authorized representative of debtor            Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ ARLENE GORDON-OLIVER, ESQ.**                Date **December  6, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**ARLENE GORDON-OLIVER, ESQ.**
Printed name

**Arlene Gordon-Oliver & Associates, PLLC.**
Firm name

**199 Main Street**
**Suite 203**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone  **(914) 683-9750**       Email address  **ago@gordonoliverlaw.com**

Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re    **76 Chestnut Street, LLC**                                                      Case No.
                                       Debtor(s)                                          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 6, 2016**              **/s/ George Samaras**
                                           **George Samaras**/**Managing Member**
                                           Signer/Title

```
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


NEW YORK STATE TAX COMMISSION

P.O. BOX 5149
ALBANY, NY 12205


OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014


76 CHESTNUT STREET, LLC
8 PARK AVENUE
ATTN: GEORGE SAMARAS, MANAGING MEMBER
TARRYTOWN, NY 10591


ARLENE GORDON OLIVER & ASSOCIATES, PLLC
C/O ARLENE GORDON-OLIVER, ESQ.
199 MAIN STREET, SUITE 203
WHITE PLAINS, NY 10601


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101


INTERNAL REVENUE SERVICE
290 BROADWAY, 5TH FLOOR
INSOLVENCY DEPT.
NEW YORK, NY 10008


NYS DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
LEGAL AFFAIRS-DEVORA COHN
ALBANY, NY 12201


NYS DEPT OF SALES TAX
PO BOX 15172
ALBANY, NY 12212


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY, NY 12205
```

```
NYS DEPT OF TAXATION & FINANCE
INSOLVENCY SECTION
120 BROADWAY
NEW YORK, NY 10271


NYS DEPT OF TAXATION & FINANCE
1740 BROADWAY, 17TH FLOOR
SUITE 1759
NEW YORK, NY 10019


NYS DEPT OF TAXATION & FINANCE
WA HARRIMAN STATE OFFICE
BUILDING 8
ALBANY, NY 12240


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY-JOHN MURRAY
NEW YORK, NY 10279


SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165


SELECT PROTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY, UT 84165


TOWN OF MOUNT PLEASANT
ONE TOWN HALL PLAZA
VALHALLA, NY 10595


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


US BANK NATIONAL ASSOCIATION
C/O MCCABE, WEISBERG & CONWAY, P.C.
145 HUGUENOT STREET, SUITE 210
NEW ROCHELLE, NY 10801


US BANK NATIONAL ASSOCIATION
C/O ECKERT SEAMANS CHERIN & MELLOTT, LLC
10 BANK STREET, SUITE 700
WHITE PLAINS, NY 10606
```

```
VILLAGE OF SLEEPY HOLLOW
28 BEEKMAN AVENUE
TARRYTOWN, NY 10591
```